WASHBURN et al., Respondents, v. SALMON, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Albert H. Washburn and others against William Salmon. No opinion. Order affirmed, with $10 costs and disbursements.

WATERS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by James J. Waters against the City of New York. No opinion. Motion granted. Order filed.

WEEKS, Respondent, v. BONNEY–FLOYD CO., Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Charles A. Weeks against the Bonney-Floyd Company. F. P. King, of New York City, for appellant. J. B. Doyle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEIL, Respondent, v. PEOPLE'S SURETY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Marcella Weil against the People's Surety Company of New York. M. Hyman, of New York City, for appellant. F. S. Williams, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce recovery to $410.50 and interest from commencement of action, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

WEISS, Respondent, v. WEISS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Rudolph Weiss against Bernath Weiss and another. W. Halpert, of New York City, for appellants.

PER CURIAM. Determination of Appellate Term (75 Misc. Rep. 644, 133 N. Y. Supp. 1021; see, also, 150 App. Div. 924, 135 N. Y. Supp. 1149) and order of the City Court reversed, and demurrer overruled, on the dissenting opinion of Hotchkiss, J., at the Appellate Term. Order denying defendants' motion for judgment on the pleadings reversed, and judg-

ment for defendants granted, with costs and disbursements in all the courts. Settle order on notice.

WELLS, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Frank M. Wells against George K. Day.

PER CURIAM. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, on the ground that a question of fact was presented, which should have been submitted to the jury.

WELLS v. SCOFIELD. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Aaron Wells against Carrie L. Scofield, as administratrix, etc., of Frederick R. Scofield, deceased. No opinion. Motion denied.

WEST, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Kenneth West, an infant, by Vernon W. Macklin, his guardian ad litem, against the Baltimore & Ohio Railroad Company.

PER CURIAM. Order reversed, so far as it requires production of books and papers, upon the ground that it is too indefinite and general, but without prejudice to a renewal of this part of the motion upon further papers. The order is otherwise affirmed, without costs.

WESTERN UNION TELEGRAPH CO. v. WHITE et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by the Western Union Telegraph Company against William N. White and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 137 N. Y. Supp. 689.

WESTINGHOUSE, CHURCH & CO., Respondent, v. TESLA, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Westinghouse, Church & Co. against Nicola Tesla. C. A. Winter, of New York City, for appellant. W. L. Marshall, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.